UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANKR, PBC | CIVIL ACTION NO.: 23-2746 |
| v. | SECTION "E"(5) |
| ZION WILLIAMSON, SHARONDA SAMPSON, and LEE ANDERSON. | JUDGE SUSIE MORGAN |
| | MAGISTRATE MICHAEL NORTH |

**ANKR, PBC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, ANKR, PBC, (hereinafter "Ankr") who pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move for summary judgment seeking judgment on the promissory note and forbearance agreement between the parties in favor of Ankr. As set forth in the accompanying memorandum, Ankr loaned money to the Defendants who thereafter failed to repay the loan. Plaintiffs, Lee Anderson and Sharonda Williamson acknowledged the debt owed to Ankr by signing a Forbearance Agreement and acknowledged their delinquency in a Promissory Note. There are no remaining disputed facts as to whether the Defendants owe the money sought by Ankr in the Petition. Accordingly, Plaintiff is entitled to summary judgment as a matter of law.

**WHEREFORE**, Plaintiff, ANKR, PBC, prays that this Honorable Court grant its Motion for Summary Judgment and hold that the Plaintiffs are entitled to the money sought in the Petition.

*Attorney Signature on Following Page*

**Certificate of Service**

I HEREBY CERTIFY that on the 6th day of July, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Raymond C. Lewis*
Raymond C. Lewis

Respectfully submitted,

*/s/ Raymond C. Lewis*
Robert E. Kerrigan, Jr. (#07350)
Raymond C. Lewis (#31236)
Justine M. Ware (#40540)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504-593-0697
rek@deutschkerrigan.com
rlewis@deutschkerrigan.com
jware@deutschkerrigan.com
*Attorneys for ANKR, PBC*

2